# EXHIBIT "G"

*[signature]*    **AMERICAN**    2700 Newport Blvd, Ste. 190, Newport Beach, CA 92663

*[illegible contact/address block and confidentiality notice]*

**From:** Gracie Scott
**Sent:** Thursday, December 14, 2017 10:41 AM
**To:** 'Oliver Madley' <Oliver_Madley@aig.com>
**Subject:** RE: Thomas Aarvik

Hi Olly,

The above insured wants to bind based on the first quote provided without charter coverage effective December 19, 2017 and will provide the application and hurricane plan as soon as he can get to a scanner. However, he is asking for 30 days to comply with the haul out survey and the recommendations compliance form.

Can this be done?

Regards,

*[signature]*    **AMERICAN**    2700 Newport Blvd, Ste. 190, Newport Beach, CA 92663

*[illegible contact/address block and confidentiality notice]*

**From:** Oliver Madley [mailto:Oliver_Madley@aig.com]
**Sent:** Thursday, November 23, 2017 3:58 AM
**To:** Gracie Scott <gracie@americanmarineinsurance.com>
**Subject:** RE: Thomas Aarvik

Hi Gracie,

I have been able to obtain the attached from CSR.

It is on the following wording: https://www.special-risks.com/documentation/SYP8PPO.pdf

Please note coverage is subject to Satisfactory application form, valuation, out-of-water survey, Concept Letter of Compliance with Survey Recommendations, hurricane plan

Please let me know if this is of any interest.

633

EXHIBIT 7
Deponent BA Usher
Date 10-11-18  Rptr LR
WWW.DEPOBOOK.COM